
**RECEIVED**
By U.S. Marshals Service at 3:40 pm, Jul 23, 2021

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jose A. Alvarado | ) Case No: 0757 2:20CR00185 - 13 |
| | ) |
| | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jose A. Alvarado
, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☒ Pretrial Release Violation Petition

☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of the conditions of pretrial 18 U.S.C. §3148

Date: 7-23-21

/s Stephen C. Dries
*Issuing officer's signature*

Gina M. Colletti, Clerk, U.S. District Court
By:  Tony Byal, Deputy Clerk
*Printed Name and title*

City and State:  Milwaukee, Wisconsin

| Return |
|---|
| This warrant was received on *(date)* 7-23-2021 , and the person was arrested on *(date)* 8-2-2021 |
| at *(city and state)* Milwaukee, WI |

Date:  10/1/2021

*Arresting officer's signature*

Shane Hitchler, Senior Inspector
*Printed Name and title*